UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Analia Fernanda Vega on behalf of Emily
Rodriguez-Vega,

                         Plaintiff,

        -against-

Commissioner of Social Security,

                         Defendant.

25-CV-9246 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On November 7, 2025, the Court directed the parties to meet and confer and, within 14 days of defendant entering an appearance, either submit the form to consent to conducting all further proceedings before the assigned Magistrate Judge, or to submit a joint letter advising the Court that at least one party does not consent. Dkt. 6.

Defendant filed a notice of appearance on December 30, 2025. Dkt. 7. The 14-day deadline thus expired on January 13, 2026. To date, no consent form or letter has been filed. The deadline for the parties to either consent or submit a joint letter noting that at least one party does not consent, is extended, *nunc pro tunc*, to January 21, 2026.

        SO ORDERED.

Dated:  January 14, 2026
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge