UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANALIS FERNANDEZ VEGA, on behalf of EMILY RODRIGUEZ-VEGA,<br><br>Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 25-CV-09246 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a Telephone Conference on **May 5, 2026, at 11:30 AM**, at which time the parties will advise the Court as to the status of this matter. The parties are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 156 584 493#.**

DATED:  April 21, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**