UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANALIS FERNANDEZ VEGA, on behalf of EMILY RODRIGUEZ-VEGA,<br><br>Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 25-CV-09246 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on May 5, 2026, SSA shall file a brief opposing judgment on the pleadings explaining why the SSA's decision to deny benefits was correct, by **June 22, 2026**.  Ms. Vega shall file a letter on the docket by **August 6, 2026** explaining why the SSA's decision to deny benefits was wrong.

As a self-represented ("pro se") party, Ms. Vega must make all her filings on the docket through the Pro Se Intake Unit.  To do so, Ms. Vega can send her letter to the Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

If Ms. Vega has legal questions about her case, she is encouraged to contact the independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro se party with advice in connection with his or her case. The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. The Clinic is not part of or run by the

Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit.

If Ms. Vega would like legal assistance, she should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Ms. Vega has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

DATED:  May 5, 2026      SO ORDERED.
    New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**