UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANALIS FERNANDEZ VEGA, on behalf of EMILY RODRIGUEZ-VEGA,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

25-CV-09246 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a Telephone Conference on **September 14, 2026, at 10:30 AM**, at which time the parties will advise the Court as to the status of this matter. The parties are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 850 129 487#.**

DATED: August 20, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**