UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANALIS FERNANDEZ VEGA, on behalf of E.R.V.,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

25-CV-09246 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference on September 14, 2026, Plaintiff states that she sent her filing to pro se intake by email shortly after it was due and was told that it had been received. There is no record of receipt. Accordingly, Plaintiff is ordered, by **September 18, 2026**, to re-send the document to the chambers email address. Once chambers had received the document, we will arrange for its filing on the docket.

DATED: September 14, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**