UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANALIS FERNANDEZ VEGA, on behalf of E.R.V.,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

25-CV-09246 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 14, 2026 (ECF 25), I ordered Plaintiff to email Chambers the document that she had sent to the Pro Se Intake department. On September 22, 2026, after several unsuccessful attempts to email the document to Chambers, Plaintiff successfully sent her document by email. The attached exhibit is Plaintiff's reply in further support of her motion for judgment on the pleadings.

DATED: September 23, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**

**EXHIBIT**

**From:** Analia Vega
**To:** Tarnofsky NYSD Chambers
**Subject:** Emily Rodríguez Vega Analia Vega
**Date:** Tuesday, September 22, 2026 6:01:44 PM

**CAUTION - EXTERNAL:**

NITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK VEGA o/b/o E.R.V., Plaintiff v. Commissioner of Social Security, Defendant PLAINTIFF'S RESPONSE TO COMMISSIONER'S BRIEF
Honorable Court:
I respectfully request that the Court reverse the denial of Supplemental Security Income (SSI) benefits for my daughter, E.R.V. (Emily Rodriguez Vega), or remand the case for further development of the medical evidence. The Commissioner's brief does not fully
address the severity and ongoing nature of Emily's condition. Following a COVID-19 infection, Emily began experiencing extreme fatigue and excessive sleepiness that significantly impair her daily functioning. Despite multiple medical evaluations and blood
tests, her physicians have not yet provided a definitive diagnosis explaining her symptoms. Emily regularly sleeps approximately 15 hours per day. Because of this condition, she has experienced serious difficulties attending school consistently. Until June
26, 2024, I personally accompanied her to school due to concerns about her health and functioning. School records demonstrate the impact of her condition, including approximately 70 absences and numerous tardies. The lack of a definitive diagnosis does not
mean that Emily is not disabled. The Social Security Administration must evaluate the functional limitations caused by medically documented symptoms, regardless of whether doctors have identified the precise underlying condition. Emily's excessive sleepiness,
fatigue, inability to maintain a regular school schedule, and resulting educational limitations substantially interfere with her ability to function in age-appropriate activities. These limitations affect her attendance, concentration, task completion, and
educational progress. I respectfully submit that the Administrative Law Judge did not fully consider the extent of Emily's functional limitations, including: The persistent excessive sleep requirement of approximately 15 hours daily. The significant school
absences and tardiness caused by her condition. The continuing medical uncertainty despite extensive testing. The possibility that her symptoms are related to post-COVID complications or another condition that has not yet been diagnosed. For these reasons,
I respectfully request that the Court reject the Commissioner's position and either: Reverse the denial of benefits and award SSI benefits; or Remand the case for further medical development and evaluation of Emily's impairments and functional limitations.
Respectfully submitted, Analia Vega Mother and Representative of E.R.V. (Emily Rodriguez Vega)

Yahoo Mail: busca, organiza, toma el control de tu buzón

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.